**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KATHLEEN A. S.,

Plaintiff,

v. No. 2:26-cv-02358-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER FOR EXTENSION**

THIS MATTER coming before the Court upon Plaintiff's Consent Motion for Extension of Time (the "Motion"), (Doc. 11), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff shall file her opening brief no later than **December 18, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **January 20, 2027**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 19th day of October, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE